# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Board of Trustees of the Rockford Pipe Trades Industry Pension Fund, et al.,
   v.
Kerby Plumbing, Inc., Kerby Plumbing & Mechanical, Inc., and Christopher Kerby

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Rockford Pipe Trades Industry Pension Fund; Board of Trustees of the Plumbers & Pipe Fitters, Local 23 U.A. Journeyman and Apprentice Training Fund; Plumbers & Pipe Fitters Local 23, U.A.; and Piping Industry Council of the Rockford Area.

FILED MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| William P. Callinan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ William P. Callinan |

| FIRM |
| --- |
| Johnson & Krol, LLC |

| STREET ADDRESS |
| --- |
| 208 S LaSalle St; Suite 1602 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC# 6292500 | (312) 372-8587 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |