# United States District Court for the Northern District of Illinois

Case Number: 08-50050          Assigned/IssuedBy: ___

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee  ☐ Other _____

**FILED**
MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**
- ☑ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

3 Original and ___ copies on 3/27/08 (Date) as to:
- Christopher Kerby
- Kerby Plumbing Inc.
- Kerby Plumbing & Mechanical Inc.

C:\wpwin80\docket\feeinfo.frm  01/01