Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Board of Trustees of the Rockford Pipe Trades
Industry Pension Fund, et al.,

V.

Kerby Plumbing, Inc., an Illinois Corporation,
Kerby Plumbing & Mechanical, Inc., an Illinois
Corporation, and Christopher Kerby, an Individual.

CASE NUMBER: 08 C 50050

ASSIGNED JUDGE: Judge Reinhard

DESIGNATED MAGISTRATE JUDGE: Magistrate Mahoney

TO: (Name and address of Defendant)

Christopher Kerby
1924 Maple Ave.
Loves Park, IL 61111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
208 S. LaSalle St. Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____  3/27/08
(By) DEPUTY CLERK           DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE ROCKFORD PIPE TRADES INDUSTRY PENSION FUND, ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**KERBY PLUMBING, INC., KERBY PLUMBING & MECHANICAL, INC., AND CHRISTOPHER KERBY**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 50050**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 19, 2008**, at **6:25 PM**, I served the above described documents upon **CHRISTOPHER KERBY** as shown below:

**SUBSTITUTE SERVICE** was made by leaving a true and correct copy of the documents with **TIFFANY KERBY / SPOUSE**, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on **4/21/2008**.

Said service was effected at **216 RENROSE AVE., LOVES PARK, IL 61111**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **26**  Hgt: **5'4"**  Wgt: **130**  Hair: **BLONDE**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Rich Myers, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 22nd day of April, 2008

*[signature]*
NOTARY PUBLIC

CLIENT NAME:
Johnson & Krol, LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37734

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10