AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Board of Trustees of the Rockford Pipe Trades
Industry Pension Fund, et al.,

V.

Kerby Plumbing, Inc., an Illinois Corporation,
Kerby Plumbing & Mechanical, Inc., an Illinois
Corporation, and Christopher Kerby, an Individual.

CASE NUMBER: 08 C 50 050

ASSIGNED JUDGE: Judge Reinhard

DESIGNATED
MAGISTRATE JUDGE: Magistrate Mahoney

TO: (Name and address of Defendant)

Kerby Plumbing, Inc.
c/o Thomas O. Meyer,
Meyer & Horning, P.C.
3400 North Rockton Ave.,
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
208 S. LaSalle St. Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

3/27/08
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE ROCKFORD PIPE TRADES INDUSTRY PENSION FUND, ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**KERBY PLUMBING, INC., KERBY PLUMBING & MECHANICAL, INC., AND CHRISTOPHER KERBY**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 50050**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 08, 2008**, at **10:58 AM**, I served the above described documents upon **KERBY PLUMBING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JAN MILLS / SECRETARY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3400 N. ROCKTON AVE., ROCKFORD, IL 61103**.

**DESCRIPTION:**  Gender: **F**   Race: **WHITE**   Age: **53**   Hgt: **5'6"**   Wgt: **150**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Rich Myers_
Rich Myers, Lic #: 117-000540
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 9th day of April, 2008

_/s/ Amanda Muller_
NOTARY PUBLIC

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10

CLIENT NAME:  Johnson & Krol, LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37732