AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Board of Trustees of the Rockford Pipe Trades
Industry Pension Fund, et al.,

CASE NUMBER: 08 050 050

V.

ASSIGNED JUDGE: *Judge Reinhard*

Kerby Plumbing, Inc., an Illinois Corporation,
Kerby Plumbing & Mechanical, Inc., an Illinois
Corporation, and Christopher Kerby, an Individual.

DESIGNATED
MAGISTRATE JUDGE: *Magistrate Mahoney*

TO: (Name and address of Defendant)

Kerby Plumbing & Mechanical, Inc.
c/o Thomas O. Meyer,
Meyer & Horning, P.C.
3400 North Rockton Ave.,
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
208 S. LaSalle St. Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

*3/27/08*

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE ROCKFORD PIPE TRADES INDUSTRY PENSION FUND, ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No. **08 CV 50050** |
| vs. | |
| **KERBY PLUMBING, INC., KERBY PLUMBING & MECHANICAL, INC., AND CHRISTOPHER KERBY** | SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 08, 2008**, at **10:58 AM**, I served the above described documents upon **KERBY PLUMBING & MECHANICAL, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JAN MILLS / SECRETARY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3400 N. ROCKTON AVE., ROCKFORD, IL 61103.**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **53**  Hgt: **5'6"**  Wgt: **150**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Rick Myers, Lic #: 117-000540**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 9th day of April, 2008

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: **Johnson & Krol, LLC** FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # 37733 |

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10