# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  Case Number: 2008 C 50050

Board of Trustees of the Rockford Pipes Trade Industry Pension Fund et.al.
v.
Kerby Plumbing Inc., an Illinois Corporation, Kerby Plumbing & Mechanical Inc., an Illinois Corporation and Christopher

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kerby Plumbing Inc., an Illinois Corporation, Kerby Plumbing & Mechanical Inc., an Illinois Corporation and Christopher Kerby, an Individual.

| | |
|---|---|
| NAME (Type or print) Thomas O. Meyer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Thomas O. Meyer | |
| FIRM  Meyer & Horning P.C. | |
| STREET ADDRESS  3400 N. Rockton Avenue | |
| CITY/STATE/ZIP  Rockford, Illinois 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  815-636-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 2008 C 50050

Board of Trustees of the Rockford Pipes Trade Industry Pension Fund et.al.
v.
Kerby Plumbing Inc., an Illinois Corporation, Kerby Plumbing & Mechanical Inc., an Illinois Corporation and Christopher

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kerby Plumbing Inc., an Illinois Corporation, Kerby Plumbing & Mechanical Inc., an Illinois Corporation and Christopher Kerby, an Individual.

| | |
|---|---|
| NAME (Type or print) Timothy F. Horning | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Timothy F. Horning | |
| FIRM Meyer & Horning P.C. | |
| STREET ADDRESS 3400 N. Rockton Avenue | |
| CITY/STATE/ZIP Rockford, Illinois 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 815-636-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |