IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; | |
| BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; | CIVIL ACTION |
| BOARD OF TRUSTEES of the PLUMBERS & PIPEFITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; | NO: 08-C-50050 |
| PLUMBERS & PIPEFITTERS, LOCAL 23, U.A.; and | JUDGE: REINHARD |
| PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; | MAGISTRATE JUDGE: MAHONEY |
| Plaintiffs, | |
| vs. | |
| KERBY PLUMBING, INC., an Illinois Corporation, KERBY PLUMBING & MECHANICAL, INC., an Illinois Corporation, and CHRISTOPHER KERBY, an individual, | |
| Defendants. | |

**NOTICE OF FILING**

TO: Attorneys of Record

PLEASE TAKE NOTICE that on **Monday, July 21, 2008,** I caused to be filed the attached **Parties' Proposed Case Management Order** at the United States District Courthouse located at 211 South Court Street, Rockford, Illinois 61101, copies of which are hereby served upon you.

Respectfully Submitted,

By: /s/ Joseph E. Mallon - 6280529
One of Plaintiffs' Attorneys

JOHNSON & KROL, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
312.372.8587

## CERTIFICATE OF SERVICE

      The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

/s/ Joseph E. Mallon - 6280529
One of Plaintiffs' Attorneys
